# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 430 WAL 2017
:
Respondent :
:
v. :
:
JOHN CHARLES BENNINGHOFF, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of February, 2018, the Petition for Allowance of Appeal is hereby dismissed.